606 A.2d 1169

**LEHIGH COUNTY COMMUNITY COLLEGE FACULTY ASSOCIATION and Haru Hirama, Appellants,**

v.

**LEHIGH COUNTY COMMUNITY COLLEGE.**

Supreme Court of Pennsylvania.

Argued April 6, 1992.

Decided May 14, 1992.

A. Martin Herring, Philadelphia, for appellants.

Grace E. D'Alo, Harrisburg, amicus—State Educ. Ass'n.

Edward Feege, Bethlehem, for appellee.

Before NIX, C.J., and FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN, J., did not participate in the consideration or decision of this case.

CAPPY, J., dissents.